STATE v. MOORE

No. 771PA85.

Case below: 77 N.C. App. 553.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 18 February 1986.

STATE v. PERKEROL

No. 705P85.

Case below: 77 N.C. App. 292.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. PHILLIPS

No. 797P85.

Case below: 77 N.C. App. 846.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. ROSENBAUM

No. 740P85.

Case below: 77 N.C. App. 846.

Motion by State to dismiss appeal for lack of substantial constitutional question allowed 7 January 1986. Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. SIMPSON

No. 728P85.

Case below: 77 N.C. App. 586.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.